# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| PATRICK CARSON | Case Number: 8:05-cr-114-T-26MAP<br>USM Number: 10911-068 |
| | Adam Tanenbaum (AFPD)<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1, 7, 8, 9 &10__ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Diving While License Suspended or revoked | Oct. 12, 2003 |
| 7 | Failure to submit written monthly reports | Oct. 2004 - Feb. 2005 |
| 8 | Failure to notify ten days prior to any change in residence | Jan. 12, 2005 |
| 9 | Failure to notify ten days prior to any change in employment | Oct. 21, 2004 |
| 10 | Failure to participate in Drug Aftercare Treatment | Dec. 1, 2004 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 27, 2009
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

Dated: 2/27/09

| | |
|---|---|
| Defendant: Patrick Carson | Judgment - Page 2 of 2 |
| Case No.: 8:05-cr-114-T-26MAP | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWELVE (12) MONTHS** with no supervision to follow.

   __X__   The Court makes the following recommendations to the Bureau of Prisons: a Facility located in New York

   __X__   The defendant is remanded to the custody of the United States Marshal.

   _____   The defendant shall surrender to the United States Marshal for this district:

       ___ at _____ a.m.  p.m. on _____.

       ___ as notified by the United States Marshal.

   ___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       ___ before 2 p.m. on _____.

       ___ as notified by the United States Marshal.

       ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

                UNITED STATES MARSHAL

        By  _____

                DEPUTY UNITED STATES MARSHAL